## Isadore, Abe and Sidney Sugar, Trading as Northwestern Flour and Feed Company, Appellants, v. Joseph Logalbo, Appellee.

### Gen. No. 45,449.

Herman S. Waldstein, and Daniel S. Tauman, for appellants; Alphonse Cerza, of counsel; no appearance for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 4, 1952; released for publication March 25, 1952.

## Harry E. Jaffe, Appellee, v. Mutual Benefit Health and Accident Association, Appellant.

### Gen. No. 45,525.

Ross, Berchem & Schwantes, for appellant; McKinley, Price & Appleman, for appellee; William McKinley, and Paul E. Price, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 4, 1952; released for publication March 25, 1952.